UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN NEGRON,

                Plaintiff,

    -against-                                    19 **CIVIL** 5442 (PMH)

## JUDGMENT

UNITED STATES OF AMERICA,
CHRISTOPHER ENTZEL, and NICOLE
GULLIVER,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 21, 2020, Defendants' motion to dismiss is GRANTED. Because Plaintiff has failed to file a § 2241 habeas petition within the 30 days stated in the order, this action is dismissed in its entirety; accordingly, this case is closed.

**Dated:** New York, New York

        October 27, 2020

                                                                      **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                BY:
                                                                       **Deputy Clerk**