TRULINCS 64985054 - NEGRON, STEVEN - Unit: ALF-U-B

---

FROM: 64985054
TO:
SUBJECT: 19 CIVIL 5442 (PMH)
DATE: 11/12/2020 03:41:26 PM

STEVEN NEGRON
       PLAINTIFF
-against-

UNITED STATES OF AMERICA,
CHRISTOPHER ENTZEL, AND NICOLE GULLIVER,

               DEFENDANTS

MOTION TO REOPEN CIVIL LITIGATION
2241 HABEAS PETITION

COMES NOW, PLAINTIFF, PRO SE, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO REOPEN THE PLAINTIFF'S CIVIL LITIGATION AND ALLOW THE PLAINTIFF AN EXTENSION OF TIME TO FILE HIS 2241 HABEAS PETITION. THE PLAINTIFF IS AN INMATE AT LSCI ALLENWOOD LOW, WHICH HAS BEEN ON A FULL COVID 19 LOCKDOWN SINCE FEBRUARY 2020. PLAINTIFF WAS QUARANTINED IN THE SHU WHILE THE LITIGATION WAS TOLLING. HE DID NOT RECEIVE ANY COPIES OF THE DEFENDANTS RESPONSE OF FILINGS. HE HAS HAD NO ACCESS TO THE LAW LIBRARY, OR TO INDIVIDUALS NORMALLY AVAILABLE TO INMATES WHO OFFER LEGAL ASSISTANCE. INMATES AT THIS FACILITY ARE CONFINED TO THEIR CELLS WITH LIMITED ACCESS OUTSIDE OF THAT CONFINEMENT. (SEE-EXHIBIT 1) THEREFORE, IT IS THE SINCERE REQUEST OF THE PLAINTIFF THAT THIS CASE BE REOPENED WITH AN EXTENSION OF TIME TO FILE.

RESPECTFULLY SUBMITTED:

STEVEN NEGRON/64985-054
PLAINTIFF

> Application granted. The Clerk is directed to reopen this case. Plaintiff is directed to file his habeas petition pursuant to 28 U.S.C. § 2241, if he be so advised, in accordance with this Court's 9/21/2020 Memorandum Opinion and Order (Doc. 28) by 12/24/2020. If Plaintiff files a § 2241 habeas petition by 12/24/2020, and Plaintiff remains housed at Allenwood LFCI, the Court will transfer this action to the Middle District of Pennsylvania. If Plaintiff fails to file a § 2241 habeas petition by 12/24/2020, this action will be dismissed in its entirety without further notice to the parties. The Clerk is requested to mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>         November 25, 2020