UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
 STEVEN NEGRON
                         Plaintiff,

 v.

 UNITED STATES OF AMERICA, et al.,          ORDER

                         Defendants.        19-CV-05442 (PMH)
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On September 21, 2020, the Court issued a Memorandum Opinion and Order granting Defendants' motion to dismiss, and providing in relevant part, that Plaintiff could convert his injunctive relief request related to the allegedly improper prison transfer into a habeas petition brought pursuant to 28 U.S.C. § 2241, within 30 days of that Order. (Doc. 28). On October 27, 2020, no habeas petition having been filed, the Clerk of Court entered Judgment and closed this case. (Doc. 29). On November 19, 2020, Plaintiff requested that the Court reopen the case (Doc. 30); and on November 23, 2020 Defendants consented to an extension of time for Plaintiff to file a petition (Doc. 31). On November 25, 2020, the Court granted Plaintiff's request, reopened the case, and directed Plaintiff to file his habeas petition, if he be so advised, in accordance the September 21, 2020 Memorandum Opinion and Order by December 24, 2020. (Doc. 33). The Court further instructed that if Plaintiff did not file his petition by December 24, 2020, this action would be dismissed in its entirety without further notice to the parties. (*Id.*).

As of today's date, no petition has been filed by Plaintiff, nor has he requested any further extension of time within which to do so. Accordingly, the Court respectfully directs that the Clerk of Court enter judgment and close this case. The Clerk of Court is further requested to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated:  New York, New York
          January 8, 2021

_____
Philip M. Halpern
United States District Judge