UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVEN NEGRON,

                        Plaintiff,                        19 **CIVIL** 5442 (PMH)

       -against-                                    **JUDGMENT**

UNITED STATES OF AMERICA, et al.,

                     Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2021, on November 19, 2020, Plaintiff requested that the Court reopen the case (Doc. 30); and on November 23, 2020 Defendants consented to an extension of time for Plaintiff to file a petition (Doc. 31). On November 25, 2020, the Court granted Plaintiff's request, reopened the case, and directed Plaintiff to file his habeas petition, if he be so advised, in accordance the September 21, 2020 Memorandum Opinion and Order by December 24, 2020. (Doc. 33). The Court further instructed that if Plaintiff did not file his petition by December 24, 2020, this action would be dismissed in its entirety without further notice to the parties.

     As of today's date, no petition has been filed by Plaintiff, nor has he requested any further extension of time within which to do so. Judgment is entered, and this case is closed.

**Dated:**  New York, New York
           January 8, 2020

                                                                      RUBY J. KRAJICK

                                                                      _____
                                                                        Clerk of Court
                                                      **BY:**
                                                                        _____
                                                                        Deputy Clerk